CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:19cr00002 |
| | ) | |
| v. | ) | |
| | ) | |
| **MIGUEL ANGEL MORENO,** | ) | By: Michael F. Urbanski |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on February 14, 2019, recommending that defendant's plea of guilty to Counts One and Two of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation be adopted in its entirety. Accordingly, **IT IS ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to Counts 1 and 2 of the Information and the plea agreement are **ACCEPTED**, and defendant is adjudged **GUILTY** of violating 21 U.S.C. § 846 and 21 U.S.C. 841(a)(1) and 841(b(1)(A).

It is **SO ORDERED**.

The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

Entered: March 11, 2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge